UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 10 B 08819
CHAPTER 13

Nannette Fouch

JUDGE EUGENE R. WEDOFF

DEBTOR  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BAC Home Loan Servicing LP

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 9721 | $9,285.62 | $9,285.62 | $9,285.62 |
| Total Amount Paid by Trustee | | | | $9,285.62 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10 B 08819

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 16th day of May, 2014.

Nannette Fouch, 10143 S Green St, Chicago, IL  60643

ELECTRONIC SERVICE - Robert J Semrad & Associates, 20 S Clark St 28th Flr, Chicago, IL  60603

BAC Home Loan Servicing LP, Payment Processing PTX-B-209, 7105 Corporate Drive, Plano, TX 75024-1319

ELECTRONIC SERVICE - United States Trustee

Date:  May 16, 2014                          /s/ Marilyn O Marshall
                                             Marilyn O Marshall
                                             Chapter 13 Trustee
                                             224 S Michigan Ave
                                             Ste 800
                                             Chicago, IL  60604